IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA RECEIVED

2005 NOV -8 A 9: 27

Thomas Mickey Savage #84966 )
Full name and prison number of )
plaintiff(s) )
)
)
v. )
)
Montgomery Police )
Department, no. #411, )
Troy King, et al., )
Defendants )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

CIVIL ACTION NO. 2:05CV1075-F
(To be supplied by the Clerk of the
 U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
         Plaintiff(s) _____
         Defendant(s) _____
         _____

      2.  Court (if federal court, name the district; if state court, name the county)
         _____
         _____

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Montgomery Police Department, no. #411, | |
| 2. | Troy King, et al., Defendants | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Unlawful Arrest, False Imprisonment,

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Defendants Arrested Plaintiff on a defective Warrant of

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
*Plaintiff seeks Seven Hundred an Seventy-Seven million United States Dollars*

*Thomas Savage*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-1-05  .
                (date)

*Thomas M. Savage*
Signature of plaintiff(s)

-3-

Arrest, Affidavit, thereby Defendants denied Plaintiff due process of a efficient Warrant of Arrest, Affidavit, thereby, the Actors that represent the State of Alabama, members of the Montgomery Police Department, as members of the Attorney General Office, are acting in their official capacity as Wrondoers, Clothe with authority did unlawfully arrested Plaintiff on a defective Warrant of Arrest, Affidavit, thereby, the Defendants are acting under color of State law, thereby lowed the State of Alabama —Immunity Cap, to allow Plaintiff an opportunity to slap a Civil Rights Complaint on its Head, due to the Actors of the State of Alabama conspired an acted to deprived Plaintiff of Life, Liberty, pursuit of happiness, which are contrary to the State of Alabama, United States Constitution