IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1075-F |
| | ) |
| MONTGOMERY POLICE DEPT, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

On November 8, 2005, Thomas Savage ["Savage"], a county inmate, filed the instant 42 U.S.C. § 1983 action in which he challenges the constitutionality of his arrest and his resulting imprisonment at the Montgomery County Detention Facility.  However, Savage did not file the $250.00 filing fee nor did he submit a request for leave to proceed *in forma pauperis*.  The court cannot appropriately screen this case without such information.  Accordingly, it is

ORDERED that on or before December 1, 2005 the plaintiff shall file either the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis or* the $250.00 filing fee.  To aid the plaintiff in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

Done this  22nd day of November, 2005.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE