IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SAVAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     2:05-CV-01075-F |
| | ) |
| MONTGOMERY POLICE DEPT., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On December 2, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the day of December, 2005.

                                         /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE